FILED

**NOT FOR PUBLICATION**

APR 27 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<table>
<tr><td>TRANSITO PORTILLO-DURAN,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent.</td><td>No. 10-73309<br><br>Agency No. A095-024-689<br><br>MEMORANDUM<sup>*</sup></td></tr>
</table>

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 22, 2015<sup>**</sup>

Before:     GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

Transito Portillo-Duran, a native and citizen of El Salvador, petitions pro se

for review of the Board of Immigration Appeals' ("BIA") order dismissing his

appeal from an immigration judge's ("IJ") decision denying his application for

---

      *     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

      **     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

withholding of removal.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We dismiss the petition for review.

The IJ denied Portillo-Duran's withholding of removal claim on the basis that he failed to demonstrate a nexus to race, religion, political opinion, or other protected ground.  The BIA found that, in his counseled appeal, Portillo-Duran did not challenge the IJ's nexus finding.  Thus, we lack jurisdiction over any challenge to the IJ's nexus finding.  *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004) (this court lacks jurisdiction to review contentions not raised before the BIA).

**PETITION FOR REVIEW DISMISSED.**

10-73309